E-FILED 06/13/12

closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| READYLINK HEALTHCARE, INC., a Nevada Corporation, on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND OF CALIFORNIA, and DAVE JONES, Insurance Commissioner, in his official capacity,<br><br>Defendants. | Case No. CV 11-09934 PSG (FJWx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF STATE COMPENSATION INSURANCE FUND OF CALIFORNIA AND DAVE JONES, INSURANCE COMMISSIONER, IN HIS OFFICIAL CAPACITY**<br><br>Judge:   Judge Philip S. Gutierrez<br>Trial Date:   n/a<br>Action Filed:   11/30/2011 |

On June 1, 2012, the Court granted the motions to dismiss of defendants State Compensation Insurance Fund of California ("State Fund") and Dave Jones, Insurance Commissioner, in his official capacity (the "Insurance Commissioner"), the complaint of ReadyLink Healthcare, Inc. ("ReadyLink"). All of ReadyLink's causes of action against State Fund and the Insurance Commissioner are dismissed.

Accordingly, it is ORDERED AND ADJUDGED that judgment on ReadyLink's first cause of action, second cause of action, third cause of action, and fourth cause of action is entered in favor of State Fund and against ReadyLink, and it is also ORDERED AND ADJUDGED that judgment on ReadyLink's first cause of action is entered in favor of the Insurance Commissioner and against ReadyLink. This constitutes a final judgment resolving this action.

**IT IS SO ORDERED.**

DATED: June 12, 2012

_____
**PHILIP S. GUTIERREZ**
Hon. Philip S. Gutierrez
United States District Judge